**John E. ANDERSON, Jr.,**
**Plaintiff–Appellant,**

v.

**T.V. WYCHE, Sargeant; G.A. Porter, Jail Officer; Officer Creel, Guard/Mail Room; Darnley Hodge, Superintendent, Riverside Regional Jail Authoritative Committee, Defendants–Appellees.**

**No. 01–7713.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

John E. Anderson, Jr., Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John E. Anderson, Jr., appeals the district court's order (1) dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint without prejudice for failure to submit the filing fee and (2) dismissing his motion for reconsideration of its previous order denying his application to proceed in forma pauperis pursuant to 28 U.S.C.A. § 1915(g) (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v.*

*Wyche,* No. CA–00–2032–AM (E.D.Va. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.